UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ROBERT JOSE COTA, <br><br> Plaintiff, <br><br> v. <br><br> SANTA ANA POLICE DEPARTMENT, et al., <br><br> Defendants. | Case No. 8:21-cv-01774-MWF-JDE <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative Second Amended Complaint (Dkt. 21), the Stay Order (Dkt. 48), the Order re Stay Order (Dkt. 61), the Order to Show Cause re Dismissal (Dkt. 64), and the Report and Recommendation of the magistrate judge (Dkt. 66, "Report"). No party filed a timely objection to the Report or timely sought additional time to do so. The Report is approved and accepted.

Therefore, IT IS HEREBY ORDERED that Judgment shall be entered dismissing this action without prejudice.

Dated: August 11, 2025

MICHAEL W. FITZGERALD
United States District Judge