JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ROBERT JOSE COTA, | Case No. 8:21-cv-01774-MWF-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| SANTA ANA POLICE DEPARTMENT, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT this action is DISMISSED without prejudice.

Dated: August 11, 2025

MICHAEL W. FITZGERALD
United States District Judge